EDMUND G. BROWN JR.
Attorney General of the State of California
JOEL A. DAVIS
Supervising Deputy Attorney General
ALBERT Y. MURATSUCHI (State Bar No. 173609)
Deputy Attorney General
300 South Spring Street
Los Angeles, CA 90013-1230
Telephone: (213) 897-6334
Facsimile:  (213) 897-2810
Electronic mail: albert.muratsuchi@doj.ca.gov
*Attorneys for Defendant Joseph Somenek*

**NO JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS ALFREDO BOLANOS,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF RIVERSIDE, et al.,<br><br>    Defendants. | CASE NO. CV 07-4196 GW (VBKx)<br><br>**JUDGMENT** |

On May 14, 2009 and June 29, 2009, the Court, the Honorable George H. Wu, judge presiding, conducted hearings on the Motion for Summary Judgment or Summary Adjudication of Issues filed by defendant Joseph Somenek.  Having fully considered the evidence presented, having duly considered the issues, and having duly rendered a decision,

IT IS HEREBY DETERMINED, pursuant to the Federal Rules of Civil Procedure, Rule 54(b), that there is no just reason for delay in the entry of judgment as to defendant Joseph Somenek, and

/ / /

/ / /

/ / /

1    IT IS HEREBY ORDERED AND ADJUDGED that plaintiff Luis A.
2  Bolanos take nothing, that this action be dismissed with prejudice as to defendant
3  Joseph Somenek, and that defendant Somenek recover his costs.
4
5  Dated: July 7, 2009                    _____/s/ George H. Wu_____
6                                          GEORGE H. WU
7                                          Judge
                                            United States District Court