**Bruce E. Disenhouse (SBN 078760)**
bdisenhouse@krsattys-riv.com
KINKLE, RODIGER AND SPRIGGS
Professional Corporation
3333 Fourteenth Street
Riverside, California 92501
(951) 683-2410
FAX (951) 683-7759

*MADE JS-6*

Attorneys for Defendants, COUNTY OF RIVERSIDE; CANDETTE HAMMOND; BRUCE BOWER; CLAY HUDSON; and GROVER C. TRASK, II

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS ALFREDO BOLANOS, | CASE NO.: CV 07-04196 GW (VBKx) |
| Plaintiff, | **ORDER DISMISSING ACTION** |
| v. | |
| COUNTY OF RIVERSIDE, CANDETTE HAMMOND, DAN FREDRICH, BRUCE BOWER, CLAY HUDSON, JOE SOMENEK, GROVER C. TRASK, II, SUE F. STEDING and DOES 1 through 10, inclusive, | Trial: December 6, 2011 |
| Defendants. | |

Pursuant to the stipulation of the parties, the provisions of FRCP Rule 41 (a) (2), and pursuant to the terms of the executed Settlement Agreement signed by the parties herein, this action is hereby ordered DISMISSED WITH PREJUDICE, each side to bear their own attorneys fees and costs herein.

IT IS SO ORDERED.

DATED: June 6, 2012   _____
GEORGE H. WU, U.S. DISTRICT JUDGE

---

1
[PROPOSED] ORDER DISMISSING ACTION

KINKLE, RODIGER AND SPRIGGS
Professional Corporation